1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | ROGER YANG
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5 |
6 | Attorneys for Plaintiff
United States of America

**FILED**

**OCT 06 2016**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR TRACKER WARRANTS CONCERNING:<br><br>A 2006 KIA minivan, CA Lic No. 6LZE347;<br>A 2016 Cadillac SUV, CA Lic. No. 7SJG945; and<br>A 2016 Cadillac SUV, CA Lic. No. 7SJG945 | 2:16-SW-0432 CKD<br>2:16-SW-0433 CKD<br>2:16-SW-0530 DB<br><br>[PROPOSED] ORDER TO UNSEAL TRACKER WARRANTS AND TRACKER WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 10/6/16                          _____
                                        The Honorable Allison Claire
                                        UNITED STATES MAGISTRATE JUDGE